## ELLEN PALMER ET AL. *v.* FRIENDLY ICE CREAM CORPORATION

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 27669) is granted, limited to the following issue:

"Is an order denying a motion for class certification a final judgment for purposes of appeal?"

The Supreme Court docket number is SC 17735.

*Daniel S. Blinn,* in support of the petition.

*Johanna G. Zelman,* in opposition.

Decided September 20, 2006

## ANDREA JABARA *v.* RICHARD JABARA

The defendant's petition for certification for appeal from the Appellate Court (AC 27701) is denied.

*Norman A. Roberts II,* in support of the petition.

*Christopher G. Winans,* in opposition.

Decided September 20, 2006

## STATE OF CONNECTICUT *v.* BENJAMIN DUELL

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Christopher Caldwell,* in support of the petition.

*Proloy K. Das,* assistant state's attorney, in opposition.

Decided September 20, 2006